IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF/RESPONDENT

v.                                         Case No. 3:13-CR-30006

ERICK LOPEZ-ROBLES                                                          DEFENDANT/PETITIONER

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 47) from United States Magistrate Judge Mark Ford. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS THEREFORE ORDERED that Petitioner Erick Lopez-Robles's motion (Doc. 45) to vacate is DENIED.

IT IS SO ORDERED this 25th day of July, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE